IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL FREDDIE DAVIS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | 1:19CV470<br>1:07CR320-1 |

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Petitioner in this action submitted filings related to the First Step Act of 2018. Section 404 of the First Step Act of 2018 provides that the Court "may, on motion of the defendant, the Director of the Bureau of Prisons, the attorney for the Government, or the court, impose a reduced sentence as if sections 2 and 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372) were in effect at the time the covered offense was committed." Those provisions of the Fair Sentencing Act affected offenses involving cocaine base (crack) under 21 U.S.C. § 841(b)(1)(A) and (B). Here, initial screening of Petitioner's filing reveals that Petitioner was not convicted of such an offense, but was instead convicted under 21 U.S.C. § 841(b)(1)(C). For this reason, Petitioner cannot assert a claim under Section 404 of the First Step Act.

Petitioner also does not appear to raise any separate claim under 28 U.S.C. § 2255, but the Court treated his filing as a Motion [Doc. #135] and Amended Motion [Doc. #136] under that statute for administrative purposes and out of an abundance of caution given that

Petitioner seeks to attack the sentence he received in this Court. To the extent that Petitioner does seek to raise a viable claim under § 2255, court records reveal that Petitioner previously attacked the same conviction and sentence in a prior § 2255 motion (No. 1:12CV341). Consequently, Petitioner must move in the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider any new Motion, as required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244. Petitioner should contact the Clerk's Office to obtain the proper forms if he wishes to seek such authorization. The present action should be dismissed without prejudice to him doing so.

Petitioner also seeks an appointment of counsel in this matter. That request should be denied in light of the dismissal.

IT IS THEREFORE RECOMMENDED that Petitioner's requests for an appointment of counsel and relief under the First Step Act be denied and that this action be dismissed sua sponte without prejudice to Petitioner promptly filing a corrected motion on the proper § 2255 forms if he seeks to attack his sentence under that statute and receives permission from the Court of Appeals to do so.

This, 12th day of February, 2020.

/s/ Joi Elizabeth Peake
United States Magistrate Judge